In the Matter of the Claim of IRVING SCHWARTZ, Respondent, against BERNIE'S TIRE & BATTERY SERVICE, Respondent, and CENTURY INDEMNITY CO., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by insurance

carrier from a decision of the State Industrial Board denying its application to reopen the case and to permit further hearings on the ground of newly-discovered evidence. Decision affirmed, with costs to the State Industrial Board, on the ground that it is purely interlocutory and not appealable. (See *Matter of Foerg* v. *Sackett & Wilhelms Corp.*, 249 App. Div. 900.) All concur.